AO 440 (Rev. 01/09) Summons in a Civil Action - M WD (Rev. 11/09)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CHRIS HURLEY

v.

INVESTMENT MANAGEMENT AND RECOVERIES, INC. AND RANDALL GOINS

Case No. 1:12-cv-741
Hon. Janet T. Neff

TO: Investment Management and Recoveries, Inc.
ADDRESS: 21905 64th Ave. W. Ste. 200
Mountlake Terrace, WA 98043

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ronald Scott Weiss
Law Offices of Ronald S. Weiss
7035 Orchard Lake Rd., Ste. 600
West Bloomfield, MI 48322

TRACEY CORDES, CLERK OF COURT

By: _____
    (Deputy Clerk)

Dated: July 19, 2012

☑ 399 Federal Building
   110 Michigan St., NW
   Grand Rapids, MI 49503

☐ P.O. Box 698
   229 Federal Building
   Marquette, MI 49855

☐ B-35 Federal Building
   410 W Michigan Ave.
   Kalamazoo, MI 49007

☐ 113 Federal Building
   315 W Allegan
   Lansing, MI 48933

---

## PROOF OF SERVICE

This summons for ____Investment Management and Recoveries, Inc.____ was received by me on _____.
            (name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____ (place where served)
  on _____ ;
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
  of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
  of process on behalf of _____ on _____.
                         (name of organization)      (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                     _____
                                                   (Server's signature)

Additional information regarding attempted service, etc.:

                                                   _____
                                                   (Server's printed name and title)

                                                   _____
                                                   (Server's address)

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

**CHRIS HURLEY**

        Plaintiff(s),

vs.

**INVESTMENT MANAGEMENT AND RECOVERIERS, INC. AND RANDALL GOINS**

        Defendant(s).

**Case No.: 1:12-cv-741**

**AFFIDAVIT OF SERVICE**

STATE OF WASHINGTON
COUNTY OF KING   ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 08/07/2012 at **1:00 PM**, at the address of **21905 64th Ave W Ste 600, Mountlake Terrace**, within **SNOHOMISH** County, **WA**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE REGARDING ASSIGNMENT OF CASE** in the above entitled action upon **Investment Management and Recoveries, INC.**, by then and there personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **Pete Albea, Director of Operations** who is authorized to accept service on behalf of the above.
**Desc:** Sex: **Male** – Skin: **Black** – Hair: **Bald** – Age: **40-50s** – Height: **6'2"** – Weight: **180**

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Date: 6/13/12

X _____
**Charles Bradley**
Registered Process Server
License#: **1016028**
Pronto Process – Austin
106 E 6th St Ste 800
Austin, TX 78701
512-472-8777

Subscribed and sworn to before me on this 13th day of August, 20 12.

_____
Laura Meas
Notary Public

