IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRIS HURLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INVESTMENT MANAGEMENT AND )<br>RECOVERIES, INC. AND RANDALL GOINS )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:12-cv-741<br><br>Judge Janet T. Neff |

| | |
|---|---|
| WEISBERG & MEYERS, LLC<br>Ronald S. Weiss (P48762)<br>7035 Orchard Lake Road, Suite 600<br>West Bloomfield, MI 48322<br>RWeiss@AttorneysForConsumers.com<br>(888) 595-9111 ext. 230<br>(866) 565-1327 Fax<br>*Lead Counsel for Plaintiff* | **Correspondence address**<br>Weisberg & Meyers, LLC<br>5025 N. Central Ave., #602<br>Phoenix, AZ 85012 |

## ~~PROPOSED~~ ORDER REGARDING EXTESION OF SUMMONS & ALTERNATE SERVICE

The Court Finds that the Plaintiff requires additional time beyond the life of the original Summons and that service of process upon the Defendant, Randall Goins, cannot reasonably be made as provided in MCR 2.105 and service of process may be made in a manner that is reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard:

**IT IS HEREBY ORDERED** that the Summons shall be extended twenty-eight (28) days in order to allow Plaintiff to effectuate service upon Defendant Randall Goins.

**IT IS FURTHER ORDERED** that Service of the Summons and Complaint and a copy of this order shall be made by the following method(s):

   __X__  First-class mail to Randall Goins at 21905 64th Ave., W., Suite 200, Mountlake Terrace, WA 98043, his last known address; and

   __X__  Tacking or firmly affixing to the door at 21905 64th Ave., W., Suite 200, Mountlake Terrace, WA 98043, Randall Goins' last known address.

   _____  Other: _____

                       _____

For each method used, proof of service must be filed promptly with the court.

 November 5, 2012                      /s/ Ellen S. Carmody
Date                                           ELLEN S. CARMODY
                                               U.S. Magistrate Judge