UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHRIS HURLEY,

    Plaintiff,

v.

INVESTMENT MANAGEMENT AND
RECOVERIES, INC., et al.,

    Defendants.
_____/

Case No. 1:12-cv-741

HON. JANET T. NEFF

## **ORDER APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed February 11, 2013 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 29) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment Against Investment Management and Recoveries, Inc. (Dkt 7), and Plaintiff's Motion for Default Judgment Against Defendant Randall Goins (Dkt 23) are GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: March 1, 2013                                         /s/Janet T. Neff
                                                                            JANET T. NEFF
                                                                            UNITED STATES DISTRICT JUDGE